UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT DELEON and MAE DELEON, )<br>      Plaintiffs, )<br>)<br>-v- )<br>)<br>KALAMAZOO ROAD COMMISSION, )<br>TRAVIS BARTHOLOMEW, and )<br>JOANNA JOHNSON, )<br>      Defendants. )<br>_____) | No. 1:11-cv-539<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Defendants' motion for summary judgment and having dismissed the claims against them, under Rule 58, **JUDGMENT** enters in favor of Defendants and against Plaintiffs.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   September 18, 2012                                            /s/ Paul L. Maloney            
                                                                                                                                    Paul L. Maloney
                                                                                                                                  Chief United States District Judge